IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) Criminal Action No. 22- 113-VNA |
| MICHAEL MARX, | ) |
| | ) |
| Defendant. | ) |

**INDICTMENT**   REDACTED

The Grand Jury for the District of Delaware charges that:

## COUNT I

On or about September 9, 2021, in the District of Delaware, defendant MICHAEL MARX, did knowingly and intentionally traffic and attempt to traffic in goods, specifically championship rings, while knowingly using on and in connection with such goods counterfeit marks, including a stylized design with a flag and a skull and the word mark "TAMPA BAY BUCCANEERS," spurious marks identical to and indistinguishable from marks that were in use and registered for those goods on the principal register of the United States Patent and Trademark Office, the use of which counterfeit marks were likely to cause confusion, to cause mistake, and to deceive.

In violation of Title 18, United States Code, Sections 2320(a)(1) and 2.

## NOTICE OF FORFEITURE

Upon conviction for the offense alleged in Count I of the Indictment, MICHAEL MARX, the defendant, shall forfeit to the United States pursuant to 18 U.S.C. § 2323 any article the trafficking of which was prohibited under 18 U.S.C. § 2320, any

NOV - 1 2022

property used, or intended to be used, in any manner or part to commit or facilitate the commission of the violation charged in Count I, and any property constituting or derived from proceeds obtained directly or indirectly as a result of the commission of the violation charged in Count I, including but not limited to: 1605 counterfeit NFL rings; 716 counterfeit MLB rings; 247 counterfeit NHL rings; 230 counterfeit NBA rings; 7 counterfeit NCAA rings; a Samsung Galaxy Core Prime Cellular Phone with Serial #6cf5a1b7; a Samsung Galaxy S8 Cellular Phone, with serial #R38J90DT5AK; and a HP Laptop with Serial #8CG80431P3.

If any of the forfeitable property, as a result of an act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;
(b) has been transferred or sold to, or deposited with, a third party;
(c) has been placed beyond the jurisdiction of the court;
(d) has been substantially diminished in value; or
(e) has been commingled with other property which cannot be divided without difficulty,

///

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1) and Title 28, United States Code, Section 2461(c).

A TRUE BILL

Foreperson

DAVID C. WEISS
UNITED STATES ATTORNEY

By: _____
Ruth Mandelbaum
Assistant United States Attorney

Date: November 1, 2022